Laurence F. Padway (SBN 083914)
Law Offices of Laurence F. Padway
1516 Oak Street, Suite 109
Alameda, CA 94501
Telephone: (510) 814-6100
Facsimile: (510) 814-0650

William L. Meek (SBN 66824)
Law Offices of William L. Meek
499 Hemsted Dr Ste B
Redding, CA 96002
Telephone: (530) 222-1111
Facsimile: (530) 222-1171

Attorneys for Counterclaimant and Cross-Complainant
  MARLENE MARZOCCHI

Martin E. Rosen (SBN 108998)
Robert K. Renner (SBN 155283)
Barger & Wolen LLP
19800 MacArthur Boulevard, 8th Floor
Irvine, CA 922612
Telephone: (949) 757-2800
Facsimile: (949) 752-6313

Attorneys for Plaintiff/Counterdefendant
MONY Life Insurance Company

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONY LIFE INSURANCE COMPANY, a New York corporation,<br><br>            Plaintiff,<br>    vs.<br><br>MARLENE MARZOCCHI, a California citizen; and DOES 1 through 10,<br><br>            Defendant. | Case No. C10-02935 KJM-DAD<br><br>**STIPULATION AND ORDER CONTINUING MONY LIFE INSURANCE COMPANY'S MOTION TO DISMISS COUNTERCLAIM OF MARLENE MARZOCCHI**<br><br>HON. KIMBERLY J. MUELLER<br><br>Complaint Filed: November 1, 2010<br>Counterclaim Filed: April 27, 2011 |

Page 1 of 3

MARLENE MARZOCCHI,

    Counterclaimant and
    Cross-Complainant,

vs.

MONY LIFE INSURANCE COMPANY, a New York Corporation,

    Counterdefendant, and

ARCHANGEL INVESTIGATIONS AND PROTECTION, a corporation,

    Crossdefendant.

WHEREAS, the Counterclaimant and Cross-Complainant Marlene Marzocchi's opposition to MONY Life Insurance Company's Motion to Dismiss Counterclaim is due on June 29, 2011; and

WHEREAS, Counterclaimant and Cross-Complainant's Counsel, Laurence Padway, has advised counsel for Defendant that he has been ill with the flu and out of the office the week of June 19, 2011;

IT IS HEREBY STIPULATED between the parties, by and through their respective counsel of record, that the briefing and hearing schedule be modified as follows:

    July 6, 2011    Marlene Marzocchi's Opposition to Motion to Dismiss Due

    July 20, 2011    MONY Life Insurance Company's Reply re Motion to Dismiss Due

    July 27, 2011    Hearing Date for MONY Life Insurance Company's Motion to Dismiss Counterclaim

IT IS SO STIPULATED.

Dated: June 28, 2011

                          LAW OFFICES OF LAURENCE PADWAY

                          By: /s/ Laurence F. Padway
                          LAURENCE PADWAY
                          Attorney for Marlene Marzocchi

Dated: June 28, 2011

                                        BARGER & WOLEN LLP

                          By: /s/ Martin E. Rosen
                          MARTIN E. ROSEN
                          Attorney for MONY Life Insurance Company

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: July 6, 2011.

_____
        UNITED STATES DISTRICT JUDGE