1

2

3

4

5

6

7

8          IN THE UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10   MONY LIFE INSURANCE COMPANY

11          Plaintiff,                    No. CIV S-10-2935 KJM CKD

12       vs.

13   MARLENE MARZOCCHI, et al.,

14          Defendants.                   ORDER

15   _____/

16          Calendared for hearing on March 14, 2012 is plaintiff's motion to compel

17   production of records from Dr. Daniel Rubanowitz.  The motion was not served on the

18   subpoenaed party.  It appears from the exhibits accompanying the motion that Dr. Rubanowitz

19   has asserted the psychotherapist-patient privilege pursuant to the instructions of his patient.  Dr.

20   Rubanowitz will be afforded an opportunity to respond to the motion, if he so chooses.

21          Accordingly, IT IS HEREBY ORDERED that:

22          1.  The parties shall meet and confer regarding the issues raised in the pending

23   motion and shall file a joint discovery statement in the format set forth in Local Rule 251 no later

24   than February 28, 2012.

25          2.  No later than February 28, 2012, Dr. Rubanowitz may, but is not required, to

26   file a statement with the court regarding the outstanding subpoena.  The Clerk of Court is

1

1   directed to serve a copy of this order on Daniel Rubanowitz, Ph.D., 1211 Magnolia Avenue,

2   Redding, California, 96001.

3      Dated: February 2, 2012

4                                                    _____
                                                     CAROLYN K. DELANEY
5                                                    UNITED STATES MAGISTRATE JUDGE

6

7   4
    mony-marzocchi.251

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26