IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MONY LIFE INSURANCE COMPANY

    Plaintiff,                      No. CIV S-10-2935 KJM CKD

    vs.

MARLENE MARZOCCHI, et al.,

    Defendants.                <u>ORDER</u>

_____/

        Calendared for hearing on April 4, 2012 is plaintiff's motion to compel production of records from Dr. Daniel Rubanowitz. By order filed February 2, 2012, the parties were directed to meet and confer and file a joint discovery statement no later than February 28, 2012. Pursuant to the request of the parties, the time limit for filing the joint discovery statement was extended to March 13, 2012. Defendant has now filed a unilateral memorandum of points and authorities in support of the motion, wherein defendant indicates that the parties were unsuccessful in their attempts to prepare a joint statement. Given the extensive amount of time the parties have had to prepare a joint statement, it appears that the failure to abide by the Local Rules regarding discovery disputes may warrant the imposition of sanctions on counsel. However, the court will not impose sanctions at this time. The parties will be afforded one final opportunity to submit a properly drafted joint discovery statement.

Accordingly, IT IS HEREBY ORDERED that no later than March 20, 2012, the parties shall file a **joint** discovery statement in compliance with Local Rule 251. Chambers courtesy copies of an unredacted copy of the joint statement and paper copies of any exhibits the parties seek to file under seal shall be submitted no later than March 20, 2012.

Dated: March 13, 2012

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4
mony-marzocchi2.251